IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

RECEIVED
2006 SEP -7 A 10: 12

U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Tommy J. Boldin #142961
Plaintiff(s)

vs.

State of Alabama
Defendant(s)

2:06-CV-805-MEF

I, Tommy J. Boldin #142961, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?     YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.

   n/a
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )   NO (✓)
   B. Rent payments, interest or dividends?  YES ( )   NO (✓)
   C. Pensions, annuities or life insurance payments?  YES ( )   NO (✓)
   D. Gifts or inheritances?  YES ( )   NO ( )
   E. Any other sources?  YES ( )   NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]      YES ( )    NO ( )

If the answer is YES, state the total value of the items owned.

_____
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    YES ( )    NO (✓)

If the answer is YES, describe the property and state its approximate value.

_____ none _____
_____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____ none _____
_____
_____
_____

_____Tommy J. Boldin #142961_____
Signature of Affiant

STATE OF ALABAMA        )
COUNTY OF _____)

Before me, a notary public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:
That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____Tommy Boldin #142961_____
Signature of Affiant

Sworn to and subscribed before me this __5__ day of __September__, 19 2006

_____
Notary Public

__Elmore__ County, Alabama

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-5-06  .
(date)

_____Tommy J. Bolin #142964_____
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 0.00 on account to his credit at the Draper Corr. Fac. institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ 3.35 on the 1st day of Feb. 06
2. $ .12 on the 1st day of Mar 06
3. $ .15 on the 1st day of Apr. 06
4. $ .15 on the 1st day of May 06
5. $ .02 on the 1st day of June 06
6. $ 104.21 on the 1st day of July 06
   .36                                Aug. 06

_____FS Brown Acct Clerk_____
Authorized Officer of Institution

DATE  9-5-06

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
DRAPER CORRECTIONAL FACILITY

AIS #: 142961      NAME: BOLDIN, TOMMY J                    AS OF: 09/05/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| SEP | 25 | $87.74 | $404.00 |
| OCT | 31 | $56.73 | $289.10 |
| NOV | 30 | $49.73 | $404.00 |
| DEC | 31 | $22.53 | $408.00 |
| JAN | 31 | $48.99 | $400.00 |
| FEB | 28 | $26.50 | $304.00 |
| MAR | 31 | $8.90 | $304.00 |
| APR | 30 | $42.37 | $304.00 |
| MAY | 31 | $20.72 | $504.00 |
| JUN | 30 | $22.35 | $208.00 |
| JUL | 31 | $20.94 | $200.00 |
| AUG | 31 | $31.89 | $354.00 |
| SEP | 5 | $38.25 | $104.00 |