IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| TOMMY J. BOLDIN, #142 961 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-805-MEF |
| JAMES DELOACH, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

For good cause, it is

ORDERED that Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 2), is GRANTED.

Done, this 8th day of September 2006.

      **/s/ Delores R. Boyd**
      DELORES R. BOYD
      UNITED STATES MAGISTRATE JUDGE