Page 1. of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2006 SEP 18 A 11: 14

CLK
COURT
ALA

Tommy J. Boldin , #142961 ,

Petitioner ,

vs.

James Deloach , Warden , et al. ,

Respondents .

Civil Action No.:

2:06 – CV – 805 – MEF

## PETITIONER OBJECTIONS TO THE
## MAGISTRATE JUDGE RECOOMMENDATIONS

Comes the Petitioner , Tommy J. Boldin #142961 , pro'se , by and through himself , in the above style cause , respectfully objecting to the Magistrate Judge Recommendation's of (September 8 , 2006) to dismiss the Petitioner's habeas corpus petition attacking his 1986 (Attempt Murder) conviction , pursuant to 28 U.S.C. Section 2254 , as being a third and successive petition. The Petitioner hereby sets forth the following objections and states as follows:

1.) On September 8 , 2006 , the Magistrate Judge submitted the recommendations that the Petitioner pro'se habeas corpus petition presently pending in the Court for relief to be dismissed on the grounds that it is successive.

2.) The Magistrate Judge stated in its recommendations that the Petitioner has filed in the past two (2) habeas corpus petitions that was dismissed as successive: (1) Boldin v. Deloach , CV – Action No. 2:04 – CV – 180 – WHA (M.D. Ala. 2004 ) ; and (2) Boldin v. Jones , CV – Action No. 2:96 – 1500 – WHA (M.D. Ala. 1996).

## PETITIONER'S OBJECTIONS

The Petitioner hereby requests to this honorable court to reconsider its recommendations and to take judicial notice of the records to see that Petitioner has not filed but one previous habeas corpus petition as states (Boldin v. Jones , CV – Action No. 2:96 – 1500 – WHA (M.D. Ala. 1996).

Page 2. of 2

## CONCLUSION

**WHEREFORE** , premises considered , and for good cause shown , the Petitioner herein respectfully prays , that this honorable court will reconsider its recommendations of (September 8 , 2006).

Done on this 14th , day of September , 2006.

Respectfully submitted ,

Tommy J. Boldin #142961 (PET)

Draper Correctional Facility

Post Office Box 1107

Elmore , Alabama 36025

## CERTIFICATE OF SERVICE

I , inmate Tommy J. Boldin #142961 , the Petitioner herein , hereby certify that I have served a true and exact copy of the foregoing pleading upon the following party:

Hon. Troy King , State Attorney General

State of Alabama

11 South Union Street

Montgomery , Alabama 36130-0152 ,

by placing a copy of the same in the United States mail service , properly addressed and postaged prepaid , at Draper Correctional Facility , on this 14th day of September , 2006.

S/ Tommy J. Boldin #142961 (PET)