IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY J. BOLDIN, #142 961 | * |
| Petitioner, | * |
| v. | *   2:06-CV-805-MEF |
| JAMES DELOACH, WARDEN, *et al.*, | * |
| Respondents. | * |

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered September 8, 2006 is CORRECTED as follows. The court's reference to a prior successive habeas petition filed by Petitioner as "*Boldin v. Jones*, Civil Action No. 2:96-1500-WHA (M.D. Ala. 1996)," is corrected to reflect the proper case citation as "*Boldin v. Jones*, Civil Action No. 2:95-1500-WHA (M.D. Ala.)."

The Clerk is DIRECTED to furnish Petitioner with a copy of the docket sheets in Civil Action No. 2:95-CV-1500-WHA and Civil Action No. 2:04-CV-180-WHA.

Done, this 27th day of September 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE